# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| In re Motor Fuel Temperature Sales Practices Litigation | Case No. 15-3228 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for _____Sinclair Oil Corporation_____
Party or Parties
_____Appellee-Respondent_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**
On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X    There are no such parties, or any such parties have heretofore been disclosed to the court.

_William F. Ford, Dist. of Kansas Bar No. 70021_          _____
Name of Counsel                                          Name of Counsel

_/s/William F. Ford_____          _____
Signature of Counsel                                     Signature of Counsel
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108_____          _____
Mailing Address and Telephone Number                    Mailing Address and Telephone Number

wford@lathropgage.com_____          _____
E-Mail Address                                          E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date)  _10/09/2015_____ via (state method of service) __ECF and U.S. Mail_____.

to _See attached_____    /s/William F. Ford_____
(*See* Fed. R. App. P. 25(b))                          (Signature)

**A-5**  Entry of Appearance Form 10/09
24688256v1

**CERTIFICATE OF SERVICE**

      I hereby certify that this pleading was filed electronically on the CM/ECF System on October 8, 2015, which caused all CM/ECF participants to be served by electronic means as follows:

Joseph A. Kronawitter - jkronawitter@hab-law.com
Tristan Layle Duncan - tlduncan@shb.com
Sandra Bernice Gallini - sbg@greensfelder.com
David Michael Harris - dmh@greensfelder.com
Martin M. Loring - martin.loring@huschblackwell.com
Donald Earl Lake, III - dlake@lathropgage.com
Mary Rose Alexander - mary.rose.alexander@lw.com
Garrett S. Long - garrett.long@lw.com
Kirsten M. Ferguson - Kirsten.ferguson@lw.com
Thomas J. Heiden - Thomas.heiden@lw.com
Sherry Perkins Bartley - sbartley@mwlaw.com

      I hereby further certify that on October 8, 2015, the following was served by U.S. Mail upon the parties listed below:

            Elizabeth G. Frank
            Arnold & Porter, LLP
            777 South Figueroa Street, 44th Floor
            Los Angeles, CA 90017

            Robert A. Horn
            Horn, Aylward & Bandy
            2600 Grand Boulevard, Suite 1100
            Kansas City, MO 64108

            Douglas M. Todd
            Phillips Murrah
            Corporate Tower, 13th Floor
            101 North Robinson Avenue
            Oklahoma City, OK 73102

                                    /s/William F. Ford
                                    William F. Ford
                                    LATHROP & GAGE LLP
                                    2345 Grand Blvd., Ste. 2400
                                    Kansas City, MO  64108
                                    (816) 292-2000 – Telephone
                                    (816) 292-2001 – Facsimile
                                    wford@lathropgage.com – Email

                                    *Attorney for Sinclair Oil Corporation*