# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | Case No. 15-3228 (D.C. No. 2:07-MD-01840-KHV) (D. Kan.) |
| ZACHARY WILSON, et al., | |
| Plaintiffs-Appellees, | |
| v. | **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** |
| AMY ALKON., et al. | |
| Defendants-Appellants, | |
| and | |
| BP CORPORATION NORTH AMERICA, INC., et al. | |
| Defendants. | |

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US and Motiva Enterprises, LLC, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

☒    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐    There are no such parties, or any such parties have heretofore been disclosed to the court.

GREENSFELDER, HEMKER & GALE, P.C.

/s/ David M. Harris
David M. Harris
dmh@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri  63102
(314) 241-9090
(314) 241-4245 (fax)

*Attorneys for Defendants Equilon Enterprises LLC*
*d/b/a Shell Oil Products US and Motiva*
*Enterprises, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

 I hereby certify that on this 9th day of October, 2015 I electronically filed this Entry of Appearance and Certificate of Interested Parties with the court and participants in the case who are registered CM/ECF users will be electronically served via the CM/ECF system.

/s/ David M. Harris

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| In re: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | Case No.  15-3228 (D.C. No. 2:07-MD-01840-KHV) |
| ZACHARY WILSON, et al., | (D. Kan.) |
| Plaintiffs-Appellees, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| AMY ALKON., et al. | |
| Defendants-Appellants, | |
| and | |
| BP CORPORATION NORTH AMERICA, INC., et al. | |
| Defendants. | |

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

**Equilon Enterprises LLC d/b/a Shell Oil Products US ("Equilon")** is a limited liability corporation duly organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Texas.  Equilon's members are SOPC Holdings West LLC and TMR Company.  SOPC Holdings West LLC is a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Delaware.  TMR Company is a Delaware corporation with its principal place of business located in the State of Texas.  SOPC Holdings West LLC's members are Shell Oil Products Company LLC and Shell Oil Company.  Shell Oil Products Company LLC is a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Texas.  Shell Oil Products Company LLC's member is Shell Oil Company.   Shell Oil Company is a Delaware corporation with its principal place of business in the State of Texas.  Shell Oil Company is a wholly owned subsidiary of Shell Petroleum, Inc.

**Motiva Enterprises LLC** is a Delaware Limited Liability Company in which Shell Oil Company and Saudi Refining Inc. ("Saudi Refining") respectfully own directly or indirectly 50% of the ownership interests.  The ultimate parent company of Saudi Refining is the Saudi Oil Company ("Saudi Armaco").

Saudi Refining and Saudi Aramco are not publicly traded companies.

Abby L. Risner and David J. Simmons of Greensfelder, Hemker & Gale, P.C. appeared in the federal district court proceedings below, but will not be entering an appearance in this court.

GREENSFELDER, HEMKER & GALE, P.C.

/s/ David M. Harris
David M. Harris
dmh@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri  63102
(314) 241-9090
(314) 241-4245 (fax)

*Attorneys for Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US and Motiva Enterprises, LLC*